

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:      01-11-00701-CV

Trial Court Cause
Number:      11DCV187301

Style:      Glenn Blair

      **v** Angela McClinton

Date motion filed[*]:      July 17, 2013

Type of motion:      Motion to supplement the record

Party filing motion:      Appellant, Glenn Blair

Document to be filed:

Is appeal accelerated? ☐ YES      ☒ NO

Ordered that motion is:

☐ Granted

      If document is to be filed, document due: _____

      ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes
      ☒ Acting individually      ☐ Acting for the Court

Panel consists of  Justices Keyes, Sharp, and Huddle.

Date: October 1, 2013